United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAHBOBA BAQERI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-830 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

The Court has reviewed Respondents' Objection to Report and Recommendation Issued November 3, 2026 (Doc. 24). To facilitate the Court's consideration of Respondents' objections, it is:

**ORDERED** that that by no later than November 30, 2026, Respondents shall submit a Supplement to their objections with evidence regarding the United States effectuating removal of aliens to Afghanistan in the past two months, if any such removals have occurred, as well as evidence supporting Respondents' representation that they "planned to remove Petitioner, and the flight was cancelled following awareness of the orders out of the SDNY." (Objs., Doc. 24, 7)

It is also **ORDERED** that by no later than December 7, 2026, Petitioner Mahboba Baqeri shall file a response to Respondents' Objection to Report and Recommendation issued November 3, 2026 (Doc. 24), and any Supplement filed in compliance with this Order.

Signed on November 18, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge